**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE,<br>*Plaintiff,*<br>v.<br>JOHN/JANE DOE, et. al.,<br>*Defendants.* | CIVIL ACTION<br>NO. 26-8519 |

**ORDER**

**AND NOW**, this 17th day of November, 2026, upon consideration of Plaintiff's Motion for Leave to Proceed Under Pseudonym, (Dkt. No. 4), it is hereby **ORDERED** that the motion is **DENIED**. Plaintiff may file an Amended Complaint, under her real name, on or before **Friday, December 4, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.